# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

ORGULF TRANSPORT CO.,

                Case Number:   1:02cv187-SJD

    V.

MARTIN MARIETTA AGGREGATES,        District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 829 |
| | DATE AND TIME<br>FRIDAY, DECEMBER 12, 2003 at 10:00 A.M. |

SPECIAL INSTRUCTIONS:

1. **All parties must bring their client or a representative with full settlement authority. Failure to follow this requirement will result in sanctions.**

2. Each counsel must prepare and submit a letter to the Court one week prior to the conference with the status of any settlement negotiations to date. These letters need not be filed with the Clerk's Office nor exchanged with opposing counsel.

                                TERRY DEINLEIN, ACTING CLERK

                                ___s/Stephen Snyder_____
                                Stephen Snyder
                                Case Manager
                                (513) 564-7633

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                          www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.